IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SPRINGBOK SERVICES, INC., ) | Chapter 7 |
| ) | Case No. 10-25285-HRT |
| EIN: 20-3400089 ) | |
| ) | |
| _Debtor._ ) | |
| JOSEPH G. ROSANIA, Chapter 7 Trustee ) | |
| ) | |
| _Plaintiff,_ ) | Adv. Proc. No. 12-1381 HRT |
| vs. ) | |
| ) | |
| VIAWEST, INC., ) | |
| ) | |
| _Defendant._ ) | |

### JOINT MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

Joseph G. Rosania, the Chapter 7 trustee ("_Trustee_") of the bankruptcy estate of Springbok Services, Inc. ("_Debtor_") and Plaintiff herein, by his undersigned counsel, hereby submits this request that the Court dismiss this adversary proceeding with prejudice. In support hereof, the parties state as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 18, 2010 (the "_Petition Date_"). The Chapter 11 reorganization case was converted on Debtor's motion to a liquidation case under Chapter 7 on November 29, 1010. Trustee is the duly appointed and acting Chapter 7 Trustee of Debtor's bankruptcy estate.

2. Prior to the Petition Date, Debtor made or caused to be made two payments totaling $18,614.40 (collectively the "_Payments_") to ViaWest Inc. ("_Defendant_") during the 90-day period immediately prior to the bankruptcy filing (the "_Preference Period_").

3. Trustee commenced this adversary proceeding by filing his Complaint seeking to avoid the Payments made by Debtor to Defendant during the Preference Period pursuant to 11 U.S.C. § 547. Trustee sought to recover the transfers pursuant to 11 U.S.C. § 550.

4. Defendant did not file an answer to Trustee's complaint, rather after ongoing good faith discussions Trustee and Defendant entered into a Settlement Agreement Regarding Adversary Proceeding (the "_Settlement Agreement_") that resolved the claims asserted by Trustee.

5. On December 27, 2012, the Court entered an Order approving the Settlement Agreement with Defendant and Trustee has received payment of the Settlement Amount.

6. Accordingly, the parties hereby file this motion to dismiss the adversary proceeding with prejudice with each party to bear their own costs and expenses.

**WHEREFORE**, the parties request that this Court enter an Order, a form of which is attached hereto, dismissing the Adversary Proceeding with prejudice with each party to bear their own costs and expenses and granting such other relief as the Court deems just and proper.

Dated: January 11, 2013.                    Respectfully submitted,

CONNOLLY, ROSANIA & LOFSTEDT, P.C.

By:    /s/ Joli A. Lofstedt
       Joli A. Lofstedt, Esq. #21946
       950 Spruce St., Ste. 1C
       Louisville, CO 80027
       (303) 661-9292
       (303) 661-9555 – fax
       joli@crlpc.com

*Attorneys for Joseph G. Rosania, Chapter 7 Trustee*

POLSINELLI SHUGHART PC

Approved as to form:

Andrew Nazar, Esq. (KS #22381)
700 W. 47th St., Ste. 700
Kansas City, MO 64112-1802

*Attorneys for ViaWest Inc.*

2